J Michael Zoldan; AZ Bar No. 028128
**SHIELDS PETITTI & ZOLDAN, PLC**
5090 N. 40th St., Suite 207
Phoenix, AZ 85018
mdz@shieldspetitti.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Hatch,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Pearson Education Incorporated,<br><br>　　　　Defendant. | Case No.  2:20-cv-02223-GMS<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff hereby notifies the Court that the parties have reached a settlement in the above matter.  The settlement resolves all matters in this action.  A Stipulation for Dismissal will be filed with the Court once the settlement is completed.

　　　Dated: February 14, 2023.

　　　　　　　　　　　　　　　　　　　**SHIELDS PETITTI & ZOLDAN, PLC**

　　　　　　　　　　　　　　　　　　　By:<u>*/s/ Michael Zoldan*　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　Michael Zoldan
　　　　　　　　　　　　　　　　　　　　　James Burr Shields
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1294434.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

/s/ Lisa Rustenburg

1294434.1