# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Hatch,<br><br>    Plaintiff,<br><br>v.<br><br>Pearson Education Incorporated,<br><br>    Defendant. | No. CV-20-02223-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Doc. 111).

**IT IS ORDERED** granting the parties' Stipulation (Doc. 111).

**IT IS FURTHER ORDERED** this case is dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated this 1st day of March, 2023.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge